UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS HOMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. L. OVERALL, DR. GARDNER, REDNOUR, UNKNOWN PARTY DENTAL MEDICAL DIRECTOR and WEXFORD HEALTH SOURCES, INC.,<br><br>　　　　　Defendant. | Case No. 13-cv-290-JPG-PMF |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of D. Lynn Whitt, plaintiff Curtis Holmes' recruited counsel, for reimbursement of $2,609.18 in out-of-pocket expenses for work conducted during his approximately eighteen months' representation of Holmes (Doc. 102).  Whitt performed all his legal work – including conducting discovery, filing a motion for summary judgment, and defending against multiple defense motions for summary judgment – at a time when the Plan for the Administration of District Court Fund allowed a single judge to authorize reimbursement of out-of-pocket expenses of up to $2,500.  However, that plan changed in May 2016 to reduce that reimbursable amount to $1,000, as funds are available.  Because the Court finds Whitt's expenses to be reasonable in light of the work he accomplished, because Whitt performed his work when the higher limit was in place, and because at that time everyone involved anticipated the higher amount would be available without recourse to higher authority, the Court believes it is appropriate to allow reimbursement of $2,500.  Accordingly, the Court **GRANTS** Whitt's motion (Doc. 102), **APPROVES** reimbursement in the amount of $2,500 and **DIRECTS** the Clerk of Court to reimburse Whitt for that amount from the District Court Fund.

**IT IS SO ORDERED.**
**DATED:  June 2, 2016**

　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**